AO 106 (Rev. 04/10)  Application for a Search Warrant                                    AUTHORIZED AND APPROVED/DATE:  s/David Nichols 1/5/2024

# UNITED STATES DISTRICT COURT
## for the
### Western District of Oklahoma

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) )  Case No.  M-24-16    -STE |
| **Premises known as: 10794 Hwy 8, Fairview, OK, the surrounding curtilage, and any vehicles, garages, and outbuildings thereon** | ) ) ) |

### APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A which is attached and incorporated by reference.

located in the _____Western_____ District of _____Oklahoma_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B which is attached and incorporated by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922 (g)(1) | Felon in Possession of a Firearm |

The application is based on these facts:

See affidavit of Special Agent James Wren, attached hereto.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's  signature*

**James Wren, Special Agent, FBI**
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __**Jan 5, 2024**__

_____
*Judge's signature*

City and state:  Oklahoma City, Oklahoma

**SHON T. ERWIN, United States Magistrate Judge**
*Printed name and title*

## AFFIDAVIT

I, James Wren, a Special Agent of the Federal Bureau of Investigation (FBI), Oklahoma City Division, being duly sworn, state:

## AFFIANT'S BACKGROUND

1.      I am a Special Agent of the FBI and have been so employed since July of 2019. Currently, I am assigned to the Woodward Resident Agency, Oklahoma City Field Office, and investigate criminal violations in the Woodward region. Included in my duties is the enforcement of federal firearms violations.

2.      I am a graduate of the FBI Academy in Quantico, Virginia. As part of my training to become a Special Agent, I received approximately 20 weeks of instruction at the FBI Academy. Since graduating from the Academy, I have conducted and participated in investigations of firearms-related offenses, Indian Country matters, violent crime, financial fraud, and crimes against children. I have participated in the execution of federal arrest and search warrants related to these investigations.

## PURPOSE OF AFFIDAVIT

3.      I have probable cause to believe that contraband and evidence of a crime, fruits of a crime, and instrumentalities of violations of Title 18 U.S.C. § 922 (g)(1) – Felon in Possession of a Firearm, are presently located within 10794 Hwy 8, Fairview, Oklahoma ("SUBJECT PREMISES"). I submit this application and affidavit in support of a search

warrant authorizing a search of the SUBJECT PREMISES, premises structures to include one unoccupied mobile home and SUBJECT'S white F-250 pickup with a black flatbed and a mounted diesel tank attached, on the property as further described in Attachments A and B, incorporated herein by reference, which is located in the Western District of Oklahoma. Located within the SUBJECT PREMISES to be searched, I seek to seize evidence, fruits, and instrumentalities of the foregoing criminal violations. I request authority to search the entire SUBJECT PREMISES, including the residential dwelling and premises structures to include SUBJECT'S F-250, where the items specified in Attachment B may be found, and to seize all items listed in Attachment B as contraband and instrumentalities, fruits, and evidence of crime.

4.     Since this Affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to support the issuance of a search warrant.

## FACTS AND CIRCUMSTANCES

5.     The United States, including the FBI, is conducting an investigation of **Joshua William Nealis** (NEALIS).

6.     Based on the facts set forth in this affidavit and the matters in the Court's records, there is probable cause to believe that NEALIS violated 18 U.S.C. § 922 (g)(1) – Felon in Possession of a Firearm.

2

7.     I interviewed Kandice Nelson on September 13, 2023.   Nelson knows NEALIS through her husband Blake Caddick, who lived with NEALIS at the SUBJECT PREMISES until approximately October 2023.   Nelson told me she had been at the SUBJECT PREMISES – where NEALIS lives – three weeks prior to the interview.  Nelson was there to speak to her husband Blake Caddick.  While there, Nelson almost stepped on a rattlesnake which caused NEALIS to go inside the SUBJECT PREMISES, retrieve a shotgun, and shoot the snake.

8.     I interviewed Pamela Wevers, NEALIS' ex-girlfriend, on September 13, 2023.  Wevers confirmed NEALIS was living at the SUBJECT PREMISES.   Wevers described the SUBJECT PREMISES as a large, barn-type structure that has a room where livestock medicine was kept (the vet room), a kitchen, an open living space downstairs, and an open living space upstairs.  The open living space downstairs has a bunk bed and a pull-out couch.

9.     Wevers said she has seen NEALIS with rifles and shotguns on multiple occasions.  Wevers stated NEALIS had a rifle at the SUBJECT PREMISES in July 2023. NEALIS had the rifle stored in a cabinet at SUBJECT PREMISES, in the vet room. Wevers also saw NEALIS use a shotgun on a separate occasion in July 2023 to hunt for coyote.  Wevers was last at SUBJECT PREMISES at the beginning of August 2023. Wevers stated NEALIS habitually carries firearms and knows he is not supposed to. Wevers stated NEALIS often purchased firearms from the Big Red Pawn Shop in Clinton, Oklahoma, with help from Tate Davidson – whom he knows from Thomas, Oklahoma.

NEALIS would pick out firearms and Tate Davidson would purchase them in his name. I have not followed up regarding the Big Red Pawn Shop due to this investigation. Wevers stated NEALIS drives all of Daryl Wichert's shop trucks but the newer, white Ford F-250 – which has an external diesel tank on its flatbed – is a non-work truck and is the main truck NEALIS drives as a personal vehicle.

10.    Wevers stated that she knew Joshua Doyle, Blake Caddick, Paul Owens, and Alex Medina used to live with NEALIS at the SUBJECT PREMISES.

11.    I interviewed Savannah Hrenchir on December 12, 2023. Hrenchir was a friend of NEALIS and former coworker of NEALIS at the SUBJECT PREMISES. She confirmed NEALIS sleeps on a bed located in the open living space on the bottom level of SUBJECT PREMISES. Hrenchir confirmed NEALIS routinely drives the white Ford F-250 described by Wevers. Hrenchir also stated that NEALIS keeps a black .308 scoped rifle, a .22 lever action rifle, a .22 bolt action rifle, a shotgun, and ammunition, in a cabinet in the vet room at the SUBJECT PREMISES.

12.    Hrenchir made several cellphone videos of NEALIS with the black .308 scoped rifle. Hrenchir provided me with two videos, which show NEALIS in possession of a black .308 scoped rifle. The first video was taken on December 3, 2023, at approximately 7:30 a.m. In the video, NEALIS is driving his white F-250 pick-up with the black .308 lying next to him in the driver's seat. The second video – taken on November 5, 2023 – shows NEALIS shooting at a deer through the white F-250's driver door window with the black .308 scoped rifle. The following are still shots from the referenced videos:

4



13.    Savannah Hrenchir last stayed the night at the SUBJECT PREMISES on Thursday, December 7, 2023. Hrenchir stated that the only person that lives with NEALIS at this time is Joshua Doyle. Doyle stays with NEALIS only when Doyle is not at his girlfriend's house in Enid, Oklahoma. Alex Medina had a seizure and is wheelchair bound. As a result, Medina moved out of the SUBJECT PREMISES to reside with his mother. Blake Caddick moved out of the SUBJECT PREMISES in approximately October 2023 due to being fired.

14.    Based on my review of NEALIS's criminal history I believe him to be a prohibited person. He has multiple felony convictions which include Dewey County

criminal case CF-2011-0050, wherein he was convicted of Concealing stolen property on August 22, 2011 and ordered to serve two years in custody of the Department of Corrections.

15.    Based on the foregoing, there is probable cause to believe that the federal criminal statutes cited herein have been violated, and that the contraband, property, evidence, fruits and instrumentalities of these offenses, more fully described in Attachment B of this Affidavit, are located at the SUBJECT PREMISES, described in Attachment A. I respectfully request that this Court issue a search warrant for the SUBJECT PREMISES, authorizing the search and the seizure of the items described in Attachment B.

Further Your Affiant sayeth not.

James Wren
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this the _____ day of January, 2024.

SHON T. ERWIN
United States Magistrate Judge

6

## Attachment A

Subject premises is a barn-type structure located at 10794 Hwy 8 in Fairview, Oklahoma. The structure sits several hundred yards from the main road, in the middle of open ranch land and is not visible from the main road. The structure appears to be white in color with a green metal roof. The structure is next to a mobile home that does not have any utilities hooked up. Several vehicles are parked at the subject premises, including NEALIS' primary vehicle – the white Ford F-250, with an external diesel tank on back, as described in the affidavit.



Imagery ©2023 Airbus, Maxar Technologies, USDA/FPAC/GEO, Map data ©2023    1000 ft



CABIN / BARN  10794  HWY 8
TRAILER   36.340615, -98.476007

## 36°15'14.6"N 98°07'15.5"W
36.254056, -98.120972

    


Directions    Save    Nearby    Send to    Share
                              phone

   52366 S County Rd 274, Drummond, OK 73735

7V3H+JJC Ames, Oklahoma

https://www.google.com/maps/place/36°15'14.6"N+98°07'15.5"W/@36.3404341,-98.4782106,2837m/data=!3m1!1e3!4m4!3m3!8m2!3d36.254055!4d...    1/1

2

9/19/23, 3:33 PM                          36°15'14.6"N 98°07'15.5"W - Google Maps

Google Maps    36°15'14.6"N 98°07'15.5"W



Imagery ©2023 Airbus, Maxar Technologies, Map data ©2023    100 ft



36°15'14.6"N 98°07'15.5"W
36.254056, -98.120972

                
Directions    Save    Nearby    Send to phone    Share

3













**ATTACHMENT B**

Items to be Seized

The items to be seized from 10794 Hwy 8 in Fairview, Oklahoma (the "**Subject Premises**") include the following:

1)      Any and all firearms including, but not limited to, handguns, rifles, shotguns; projectiles; ammunition; bullet casings and jackets; bullet fragments; cartridge fragments; firearm cleaning supplies; documents showing ownership of firearm(s), documents showing the sale or pawning of firearm(s), documents showing purchase of firearms(s); firearm accessories; holster(s); firearm storage boxes and safes.

2)      Items of dominion and control establishing ownership or occupation of the subject premises; any articles of property tending to establish the identity of the person or persons in control or possession of the subject premises, to include, but not limited to mail, receipts, repair bills, utility bills, photographs.